Lanzinger, J.,
concurring in syllabus and judgment.
{¶ 101} With respect to this case involving science students in a public middle school, I would hold that the school district’s order that John Freshwater put away his personal Bible while students were present was a reasonable and valid attempt to avoid an Establishment Clause violation. That order did not infringe on Freshwater’s free speech rights, for he was not required to remove the Bible from the classroom — merely putting the book into a desk drawer during class time would have sufficed. The lead opinion states that an order to remove religious materials is valid and reasonable but that an order that a personal Bible not be displayed while students are present is not. I do not see the distinction. In my view, Freshwater disobeyed a reasonable order by incorporating the Bible by reference while teaching in his science classes and displaying the book on his desk while students were present. I would hold that this constituted part of his insubordination.
{¶ 102} Because I disagree with the lead opinion’s discussion of this point, I join the syllabus and concur in judgment only.